

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2019

No. 04-17-00563-CV

**FIRE CHIEF CHARLES HOOD**, In His Official Capacity Only,
Appellant

v.

Fernando **MUNOZ** and Edward Chacon,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI16293
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The court has considered the Appellees' Motion for Rehearing En Banc and the motion is hereby DENIED.

It is so **ORDERED** on February 22, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court